# Order

Michigan Supreme Court
Lansing, Michigan

July 3, 2013

145658 & (67)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PHILLIP M. CLOHSET, as Personal
Representative of the Estates of
CLARENCE G. CLOHSET and
VIRGINIA C. CLOHSET,
                    Plaintiff-Appellee,

v

NO NAME CORPORATION and the
Estate of WALTER A. GOODMAN,
                    Defendants-Appellees,

and

GERALDINE K. GOODMAN,
                    Defendant-Appellant.

SC:  145658
COA:  301681
Oakland CC:  2009-105692-CZ

_____/

On order of the Court, the application for leave to appeal the May 15, 2012 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals for reconsideration in light of MCL 600.5739(1) and MCR 4.201(G)(2)(b).  The motion to append an additional exhibit or for peremptory reversal is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 3, 2013

h0626



Clerk